UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AKOBI SCHUSTER,

                Plaintiff,                      18 **CIVIL** 1826 (RJS)

      -against-                              **JUDGMENT**

CHARTER COMMUNICATIONS, INC.

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 8, 2021, Charter's motion for sanctions is GRANTED IN PART and DENIED IN PART, and Schuster's complaint is DISMISSED with prejudice. Additionally, from the date of this Opinion and Order, Schuster is barred from filing in any tribunal any action, motion, petition, complaint, or request for relief that relates to or arises from (i) the cable box incident alleged in Schuster's complaint, as well as Charter's alleged response to that incident or Schuster's OSHA claims; or (ii) any of Charter's conduct in defending against his previous actions – against any person or entity that encountered Schuster throughout this federal litigation – without first obtaining leave from this Court. Any motion for leave must include the caption "Request for Permission to File under Filing Injunction" and must be submitted to the Pro Se Intake Unit of this Court along with Schuster's proposed filings. If Schuster violates this Opinion and Order and files any materials without first obtaining leave to file, any request will be denied for failure to comply with this Opinion and Order, and Schuster may be subject to sanctions, including monetary penalties or contempt. *See, e.g.*, *Ranasinghe v. Kennell*, No. 16-cv-2170 (JMF), 2017 U.S. Dist. LEXIS 10512, at *17 (S.D.N.Y. Jan. 24, 2017). The Court clarifies that this filing injunction does not prevent Schuster from appealing from this Opinion and Order, but the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any such appeal would not be taken in good faith. *See*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
April 8, 2021

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk
