UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKOBI SCHUSTER,

                        Plaintiff,

   -v-

CHARTER COMMUNICATIONS, INC.,

                        Defendant.

No. 18-cv-1826 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Plaintiff Akobi Schuster, proceeding pro se, requesting "permission . . . to seek relief from a mental health physician." (Doc. Nos. 86, 87.) The Court clarifies that the filing injunction imposed on April 8, 2021 (Doc. No. 50) applies to any filing in any *tribunal*. Thus, Plaintiff may not "fil[e] in any tribunal any action, motion, petition, complaint, or request for relief that relates to or arises from (i) the cable box incident alleged in Schuster's complaint [in this civil action (Doc. No. 1)], as well as Charter's alleged response to that incident or Schuster's OSHA claims; or (ii) any of Charter's conduct in defending against his previous actions – against any person or entity that encountered Schuster throughout this federal litigation – without first obtaining leave from this Court." (Doc. No. 50 at 24.)

      To the extent that Plaintiff is asking for "permission to seek help from a mental physician" (Doc. No. 86 at 23; Doc. No. 87 at 23), Plaintiff's request does not relate to a filing with a tribunal, and permission from this Court is not required under the Court's April 2021 order. In all other respects, the request is DENIED.

      The Clerk of Court is respectfully directed to send a copy of this Order to Schuster via email at the updated email address listed on the electronic case docket and via mail at the address

listed on his most recent Notice of Change of Address (2266 Fifth Ave., P.O. Box 790, New York, NY 10037).  (*See* Doc. No. 79.)

SO ORDERED.

Dated:       February 27, 2023
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation