UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKOBI SCHUSTER,

                  Plaintiff,

        v.

CHARTER COMMUNICATIONS, INC.,

                  Defendant.

No. 18-CV-1826 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On October 16, 2024, Plaintiff filed a "[r]equest that the Court, Charter Communications or their attorneys provide a copy of the workers compensation forms associated with Judge Richard J. Sullivan['s] April 8, 2017 claim that workers compensation dismissed a claim I submitted for having panic attacks." ECF No. 132, at 1. Plaintiff also challenges Judge Sullivan's dismissal of his case. *Id.* at 5.

    On April 8, 2021, Judge Sullivan issued an injunction barring Plaintiff "from filing in any tribunal any action, motion, petition, complaint, or request for relief that relates to or arises from (i) the cable box incident alleged in Schuster's complaint, as well as Charter's alleged response to that incident or Schuster's OSHA claims; or (ii) any of Charter's conduct in defending against his previous actions – against any person or entity that encountered Schuster throughout this federal litigation – without first obtaining leave from this Court." ECF No. 50, at 24.

    This Court has previously noted Plaintiff's "long pattern" of seeking to reargue claims that "this Court and other tribunals have already rejected." ECF No. 127, at 2. On September 23, 2024, it advised Plaintiff that it "will not address future filings or requests to file that fall within the scope of the injunction and will instead direct the Clerk of Court to close them." *Id.* Because Plaintiff's

letter falls within the scope of the filing injunction, his letter motion is denied. The Court does not intend to address any further such filings, other than to have them closed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 21, 2024
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge